UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) Case No. 1:19-cr-107-HSM-SKL-3 |
| v. | ) |
| AUSTIN LEE HILL | ) |

# O R D E R

Magistrate Judge Susan K. Lee filed a report and recommendation recommending the Court: (1) grant Defendant's motion to withdraw his not guilty plea to Count One and Count Four of the Seven-count Indictment; (2) accept Defendant's plea of guilty to Count One and Count Four of the Indictment; (3) adjudicate Defendant guilty of the charges set forth in Count One and Count Four of the Indictment; (4) defer a decision on whether to accept the plea agreement until sentencing; and (5) find Defendant shall remain in custody until sentencing in this matter [Doc. 61]. Neither party filed a timely objection to the report and recommendation. After reviewing the record, the Court agrees with the magistrate judge's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation [Doc. 61] pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

(1) Defendant's motion to withdraw his not guilty plea to Count One and Count Four of the Indictment is **GRANTED**;

(2) Defendant's plea of guilty to Count One and Count Four of the Indictment is **ACCEPTED**;

(3) Defendant is hereby **ADJUDGED** guilty of the charges set forth in Count One and

Count Four of the Indictment;

(4) A decision on whether to accept the plea agreement is **DEFERRED** until sentencing; and

(5) Defendant **SHALL REMAIN** in custody until sentencing in this matter which is scheduled to take place on **May 1, 2020 at 9:00 a.m. [EASTERN]** before a District Judge.

**SO ORDERED.**

**ENTER:**

/s/ *Harry S. Mattice*
HARRY S. MATTICE
UNITED STATES DISTRICT JUDGE